## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00015-GPG
(**The above civil action number must appear on all future papers
    sent to the court in this action.   Failure to include this number
    may result in a delay in the consideration of your claims.**)

RONALD JENNINGS FOGLE,

     Applicant,

v.

MICHAEL MILLER, Warden for Crowley County Correctional Facility,

     Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, a prisoner in the custody of the Colorado Department of Corrections,

has submitted to the court an Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241 (ECF No. 1).   As part of the court's review pursuant to D.C.COLO.LCivR

8.1(b), the court has determined that the application is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue any claims in this

action.   Any papers that Applicant files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  <u>xx</u>    is not submitted
(2)  <u>   </u>    is missing affidavit
(3)  <u>   </u>    is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)  <u>xx</u>    is missing certificate showing current balance in prison account
(5)  <u>   </u>    is missing required financial information
(6)  <u>   </u>    is missing authorization to calculate and disburse filing fee payments
(7)  <u>   </u>    is missing an original signature by the prisoner

(8)   ____   is not on proper form (must use the court's current form)
(9)   ____   names in caption do not match names in caption of complaint, petition or habeas application
(10)   xx   other: <u>motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(11)   ____   is not submitted
(12)   ____   is not on proper form
(13)   ____   is missing an original signature by the prisoner
(14)   ____   is missing page nos. ____
(15)   ____   uses et al. instead of listing all parties in caption
(16)   ____   names in caption do not match names in text
(17)   ____   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ____   other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Applicant files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Applicant fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED January 6, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher _____
United States Magistrate Judge